**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                          :
JEC II, LLC,                              :
                                          :
                        Plaintiff,        :     Civil Action No. 1:08-cv-02970-DAB
                                          :     ECF CASE
            v.                            :
                                          :
HUDSON RIVER RESTAURANT GROUP, LLC        :     **JURY DEMANDED**
and JOHN and/or JANE DOES 1-5,            :
                                          :
                        Defendants.       :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X


## COMPLAINT

Plaintiff, by its attorneys, for its Complaint against the defendants, alleges:


## JURISDICTION AND VENUE

1.      This action arises under the Trademark Laws of the United States, 15 U.S.C. Sec.

1051 *et. seq.*, and under the statutory and common laws of the State of New York relating to unfair

competition, misappropriation, unjust enrichment, palming off, injury to business reputation, state

anti-dilution and deceptive trade practices.

2.      Jurisdiction of the subject matter of this action is conferred on this Court by 28

U.S.C. §§1338(a) and (b) and 1367 and under the Trademark Laws of the United States by 15 U.S.C.

Section 1121.

3.      Venue is proper in this judicial district pursuant to Sections 1391(b) and (c).

## THE PARTIES

4.     Plaintiff, JEC II, LLC (hereinafter "plaintiff" or "JEC"), is a limited liability company organized and existing under the laws of the State of New York, with an office and principal, regular and established place of business at 1 Little West 12th Street, New York, New York 10014.

5.     Upon information and belief, defendant Hudson River Restaurant Group, LLC (hereinafter "HRRG") is a limited liability company organized and existing under the laws of the State of New York, operating a restaurant under the name ONE, located at One Bridge Street, Irvington, NY 10533.

6.     Upon information and belief, John and/or Jane Does 1-5 (hereinafter "JDs 1-5") are individuals and likely are citizens of the United States and are, or were, the owner(s), officer(s), director(s) and/or person(s) in charge of HRRG and/or HRRG's ONE restaurant who are, or were, the knowing, moving, active conscious force(s) responsible for HRRG's infringing activities, and he/she/they have an office and principal, regular and established place of business at One Bridge Street, Irvington, NY 10533.

7.     HRRG and JDs 1-5, when referred to collectively hereinafter, will be referred to as "defendants."

8.     Upon information and belief, defendants transact business within this district, derive substantial revenue from intra-state and interstate commerce and have committed tortuous acts within this district and also without this district having injurious consequences within this district, and defendants are otherwise within the jurisdiction of this Court.

## BACKGROUND FACTS

9.     Plaintiff has continuously used the service mark ONE for at least a café, restaurant, bar and cocktail lounge in commerce in the United States since at least as early as December 3, 2003.

10.     Plaintiff has continuously used the service mark ONE MANHATTAN for at least a café, restaurant, bar and cocktail lounge in commerce in the United States since at least as early as December 31, 2004.

11.     Plaintiff filed a federal service mark application for the mark ONE MANHATTAN with the U.S. Patent and Trademark Office ("USPTO") on August 11, 2003.  Said application matured to registration on July 19, 2005 and was assigned U.S. Trademark Registration No. 2,973,611 ("the '611 registration") by the USPTO.  The '611 registration disclaims the term "MANHATTAN" as descriptive and covers the following services; café, bar, cocktail lounge and restaurant services and night club services.

12.     The '611 registration is *prima facie* evidence of plaintiff's exclusive rights to use the ONE MANHATTAN mark in commerce throughout the United States, such use having a constructive use date of August 11, 2003; i.e., the filing date of the '611 registration.

13.     While it has not yet matured to registration, plaintiff is also the owner of federal service mark application Serial No. 78/458,152, filed July 28, 2004, for the ONE mark for café, bar, cocktail lounge and restaurant services.

14.     Plaintiff has been continuously operating a café, restaurant, bar and cocktail lounge at 1 Little West 12th Street, NY, NY 10014 under the ONE service mark since at least as early as December 3, 2003 ("plaintiff's ONE restaurant").  Plaintiff has also used the ONE MANHATTAN service mark at plaintiff's ONE restaurant.

15.     While plaintiff is using the ONE name in various formats and styles, one of the

primary uses of the ONE name is in a particular stylized script writing.  *See*, Exhibit A hereto, which is the homepage of plaintiff's ONE and ONE MANHATTAN restaurant, etc. website.

16.     Customers come to plaintiff's ONE restaurant from all over the world, including from all over the United States, and certainly from all over Westchester County, NY.

17.     Upon information and belief, defendants did not commence use of the ONE name for their ONE restaurant located in Irvington, NY, in the bordering New York City suburb of Westchester County, until late in 2007, believed to be in and around October/November, 2007.

18.     This first use of the ONE name by defendants in late 2007 is:  Long after plaintiff began using its ONE service mark for restaurant services in nearby New York City on December 3, 2003; Long after plaintiff began using its ONE MANHATTAN service mark for restaurant services in nearby New York City on December 31, 2004; Long after the August 11, 2003 filing date of plaintiff's application that matured into the '611 registration; Long after plaintiff filed its ONE application Serial No. 78/458,152 on July 28, 2004 claiming use of the ONE mark for restaurant services as early as December 3, 2003; and Even long after the '611 registration matured to registration on July 19, 2005.

19.     Defendants' adoption and use of the identical ONE name, for identical services, to be provided to identical customers and marketed in the identical geographic area of plaintiff's ONE and ONE MANHATTAN restaurant, bar, café and cocktail lounge will cause a likelihood of consumer confusion and deception with plaintiff's ONE and ONE MANHATTAN service marks.

20.     While defendants are using the ONE name in various formats and styles, one of their primary uses of the ONE name is in a particular stylized script writing which is almost identical in stylization to that of plaintiff's script ONE writing.  *See*, Exhibit B hereto, consisting of the homepage of defendants' ONE restaurant, etc. website, and compare with plaintiff's script ONE

name found at Exhibit A hereto.

21.    Upon information and belief, defendants have also purchased sponsored links on at least one internet search engine, Google, so that anyone searching for "one restaurant, ny", or "restaurant one, ny" or "one restaurant, irvington, ny" or "restaurant one, irvington, ny" will first see at the top of the search result display page, a link to take them to defendants' infringing website at www.restaurantoneny.com.  *See*, Exhibit C hereto.

22.    Defendants were notified of their infringing use of the ONE name at their ONE restaurant in Irvington, NY by letter dated November 6, 2007 (hereinafter "the Notice Letter").

23.    Upon information and belief, JD's 1-5 were, individually and/or collectively, during all relevant time periods herein, and currently still are, the owners, officers, directors and/or persons in charge of HRRG and/or HRRG's ONE restaurant and were the knowing, moving, active conscious force(s) at HRRG responsible for HRRG's acts of infringement, unfair competition, misappropriation, unjust enrichment, palming off, injury to business reputation, state anti-dilution and deceptive trade practices and he/she/they thereby personally participated in such acts, as hereinafter alleged.


### FIRST CAUSE OF ACTION FOR TRADEMARK INFRINGEMENT
### UNDER 15 U.S.C. § 1114

24.    Plaintiff repeats and re-alleges paragraphs 1-23 hereof, as if fully set forth herein.

25.    Plaintiff is the owner of U.S. Trademark Registration No. 2,973,611 for the mark ONE MANHATTAN and this registration is in full force and effect.

26.    The '611 registration was registered by the USPTO on July 19, 2005 for, café, restaurant, bar, cocktail lounge and night club services.  The ONE MANHATTAN service mark of the '611 registration has been in use in interstate commerce for café, bar, cocktail lounge and

restaurant services at least since December 31, 2004 and for night club services at least since February 4, 2005.

27.    The ONE MANHATTAN service mark of the '611 registration has a constructive use date of August 11, 2003, which date establishes plaintiff's priority rights in the ONE MANHATTAN service mark throughout the United States as against all subsequent users of a name likely to be confused with the registered ONE MANHATTAN service mark.

28.    The ONE MANHATTAN service mark is an extremely valuable asset of plaintiff.

29.    Defendants' adoption, use and then continued use after receipt of the Notice Letter, and defendants' purchase of internet search engine sponsored links using the terms "one" and "restaurant" and "ny" to lead consumers to their restaurant are activities which were, and are, likely to cause consumers to be confused, mistaken or deceived into believing that defendants' services provided under their ONE name emanate from plaintiff, or were, or are, authorized, sponsored or approved by plaintiff.  Such adoption, use and continued use constitutes willful and exceptional infringement and/or contributory infringement and/or inducement of infringement of plaintiff's rights in the ONE MANHATTAN service mark, including such rights in the '611 registration.  All of the activities of defendants were and are not only in violation of the rights of plaintiff under the Trademark Laws of the United States, 15 U.S.C. Sec. 1051 *et. seq.*, but were expressly undertaken by defendants knowing them to be wrongful and in violation of plaintiff's valuable rights and/or are continuing by defendants knowing them to be wrongful and in violation of plaintiff's valuable rights.

30.    Upon information and belief, defendants knew or should have known of the service mark rights of plaintiff in the ONE MANHATTAN service mark prior to their adoption and use of the ONE name for their restaurant and/or at least as early as the date of the Notice Letter.

31.    All of the acts of defendants were without the permission, license or consent of

plaintiff.

32.    Defendants were, and are continuing to be, unjustly enriched by their actions and plaintiff was, and is continuing to be, damaged thereby and as such infringing activities of defendants were knowingly willful, plaintiff is entitled to an accounting of defendants' profits and/or plaintiff's damages and its costs in bringing this Action.

33.    In addition, these infringements should be designated "exceptional" by the Court, and plaintiff should be awarded its attorneys' fees and costs in bringing and prosecuting this Action. Any damages awarded should be trebled under 15 U.S.C. §1117.

34.    Accordingly, plaintiff believes its damages will easily exceed the sum of $250,000.

**SECOND CAUSE OF ACTION FOR TRADEMARK INFRINGEMENT
UNDER 15 U.S.C. § 1125(A)**

35.    Plaintiff repeats and re-alleges paragraphs 1-34 hereof, as if fully set forth herein.

36.    Plaintiff has used the ONE MANHATTAN service mark in commerce throughout the United States for restaurant, café, bar and cocktail lounge services since at least as early as December 31, 2004, and for night club services since at least as early as February 4, 2005.

37.    The ONE MANHATTAN service mark is an extremely valuable asset of plaintiff.

38.    Defendants' adoption, use and then continued use after receipt of the Notice Letter, and defendants' purchase of internet search engine sponsored links using the terms "one" and "restaurant" and "ny" to lead consumers to their restaurant are activities which were, and are, likely to cause consumers to be confused, mistaken or deceived into believing that defendants' services provided under their ONE name emanate from plaintiff, or were, or are, authorized, sponsored or approved by plaintiff.  Such adoption, use and continued use constitutes willful and exceptional infringement and/or contributory infringement and/or inducement of infringement of plaintiff's rights

7

in the ONE MANHATTAN service mark, including such rights in the '611 registration. All of the activities of defendants were and are not only in violation of the rights of plaintiff under the Trademark Laws of the United States, 15 U.S.C. Sec. 1051 *et. seq.*, but were expressly undertaken by defendants knowing them to be wrongful and in violation of plaintiff's valuable rights and/or are continuing by defendants knowing them to be wrongful and in violation of plaintiff's valuable rights.

39.    Upon information and belief, defendants knew or should have known of the service mark rights of plaintiff in the ONE MANHATTAN service mark prior to their adoption and use of the ONE name for their restaurant and/or at least as early as the date of the Notice Letter.

40.    All of the acts of defendants were without the permission, license or consent of plaintiff.

41.    Defendants were, and are continuing to be, unjustly enriched by their actions and plaintiff was, and is continuing to be, damaged thereby and as such infringing activities of defendants were knowingly willful, plaintiff is entitled to an accounting of defendants' profits and/or plaintiff's damages and its costs in bringing this Action.

42.    In addition, these infringements should be designated "exceptional" by the Court, and plaintiff should be awarded its attorneys' fees and costs in bringing and prosecuting this Action. Any damages awarded should be trebled under 15 U.S.C. §1117.

43.    Accordingly, plaintiff believes its damages will easily exceed the sum of $250,000.


**THIRD CAUSE OF ACTION FOR TRADEMARK INFRINGEMENT
UNDER 15 U.S.C. § 1125(A)**

44.    Plaintiff repeats and re-alleges paragraphs 1-43 hereof, as if fully set forth herein.

45.    Plaintiff has used the ONE service mark in commerce throughout the United States for restaurant, café, bar and cocktail lounge services since at least as early as December 3, 2003.

46.    The ONE service mark is an extremely valuable asset of plaintiff.

47.    Defendants' adoption, use and then continued use after receipt of the Notice Letter, and defendants' purchase of internet search engine sponsored links using the terms "one" and "restaurant" and "ny" to lead consumers to their restaurant are activities which were, and are, likely to cause consumers to be confused, mistaken or deceived into believing that defendants' services provided under their ONE name emanate from plaintiff, or were, or are, authorized, sponsored or approved by plaintiff.  Such adoption, use and continued use constitutes willful and exceptional infringement and/or contributory infringement and/or inducement of infringement of plaintiff's rights in the ONE service mark, including such rights in the '611 registration.  All of the activities of defendants were and are not only in violation of the rights of plaintiff under the Trademark Laws of the United States, 15 U.S.C. Sec. 1051 *et. seq.*, but were expressly undertaken by defendants knowing them to be wrongful and in violation of plaintiff's valuable rights and/or are continuing by defendants knowing them to be wrongful and in violation of plaintiff's valuable rights.

48.    All of the acts of defendants were without the permission, license or consent of plaintiff.

49.    Defendants were, and are continuing to be, unjustly enriched by their actions and plaintiff was, and is continuing to be, damaged thereby and as such infringing activities of defendants were knowingly willful, plaintiff is entitled to an accounting of defendants' profits and/or plaintiff's damages and its costs in bringing this Action.

50.    In addition, these infringements should be designated "exceptional" by the Court, and plaintiff should be awarded its attorneys' fees and costs in bringing and prosecuting this Action.

Any damages awarded should be trebled under 15 U.S.C. §1117.

51.     Accordingly, plaintiff believes its damages will easily exceed the sum of $250,000.


**FOURTH CAUSE OF ACTION FOR TRADEMARK INFRINGEMENT**
**UNDER 15 U.S.C. § 1125(D)**

52.     Plaintiff repeats and re-alleges paragraphs 1-51 hereof, as if fully set forth herein.

53.     Plaintiff has used the ONE and ONE MANHATTAN service marks in commerce throughout the United States for restaurant, café, bar and cocktail lounge services since at least as early as December 3, 2003 and December 31, 2004, respectively.

54.     Plaintiff is the owner of U.S. Trademark Registration No. 2,973,611 for the mark ONE MANHATTAN, registered by the USPTO on July 19, 2005 for, café, restaurant, bar, cocktail lounge and night club services, which registration establishes *prima facie* distinctiveness of the ONE MANHATTAN service mark.

55.     The ONE MANHATTAN service mark of the '611 registration has a constructive use date of August 11, 2003, which date establishes plaintiff's priority rights in the ONE MANHATTAN service mark throughout the United States as against all subsequent users of a name likely to be confused with the registered ONE MANHATTAN service mark.

56.     Upon information and belief, defendants registered their www.restaurantoneny.com domain name on October 12, 2006, long after plaintiff began using the ONE and ONE MANHATTAN service marks on December 3, 2003 and December 31, 2004, respectively, long after plaintiff's August 11, 2003 constructive use rights throughout the United States in its ONE MANHATTAN service mark and long after the July 19, 2005 registration date of the '611 registration.

57.    The ONE and ONE MANHATTAN service marks were distinctive as of their dates of first use and/or became distinctive before registration of defendants' domain name www.restaurantoneny.com on October 12, 2006.

58.    Defendants' adoption, use and then continued use after receipt of the Notice Letter, defendants' purchase of internet search engine sponsored links using the terms "one" and "restaurant" and "ny" to lead consumers to their restaurant and use of the domain name www.restaurantoneny.com, all after plaintiff's ONE and ONE MANHATTAN service marks became distinctive, are activities showing defendants' bad faith intent to profit from plaintiff's ONE and ONE MANHATTAN marks.

59.    Upon information and belief, based upon these facts defendants cannot claim to have believed or to have had reasonable grounds to believe that use of the domain name was a fair use or otherwise lawful.

60.    All of the acts of defendants were without the permission, license or consent of plaintiff.

61.    Defendants were, and are continuing to be, unjustly enriched by their actions and plaintiff was, and is continuing to be, damaged thereby and as such the www.restaurantoneny.com domain should be forfeited or cancelled or transferred to plaintiff, at the Court's discretion.


**FIFTH CAUSE OF ACTION FOR**
**INJURY TO BUSINESS REPUTATION AND STATE ANTI-DILUTION**

62.    Plaintiff repeats and re-alleges paragraphs 1-61 hereof, as if fully set forth herein.

63.    This cause of action arises under Section 368-d of the New York General Business Law.

64. The ONE and ONE MANHATTAN service marks have come to identify plaintiff and plaintiff's high quality services, so as to distinguish those services from the services of others.

65. Defendants' marketing and providing of restaurant services under the identical ONE name, including their purchase of internet search engine sponsored links using the terms "one" and "restaurant" and "ny" to lead consumers to their restaurant has injured, and continues to injure, plaintiff's business reputation and has diluted and continues to dilute the distinctive quality of plaintiff's ONE and ONE MANHATTAN service marks, in violation of Section 368-d of the New York General Business Law.

66. Such conduct by defendants was, and continues to be, without the permission, license or consent of plaintiff.

67. Defendants have been, and continue to be, unjustly enriched and plaintiff is entitled to an accounting of defendants' profits, plaintiff's damages and the costs of this Action.

68. Defendants' foregoing activities have damaged plaintiff in an amount as yet unknown, but such continuing damages are believed to be in excess of $250,000.


**SIXTH CAUSE OF ACTION FOR DECEPTIVE TRADE PRACTICES**

69. Plaintiff repeats and re-alleges paragraphs 1-68 hereof, as if fully set forth herein.

70. This cause of action arises under Section 133 of the New York General Business Law.

71. By reason of the practices and acts set forth above, and defendants' intent, and continuing intent, to deceive or mislead the consuming public, defendants have, and are continuing to, engaged in deceptive trade practices and acts in the conduct of their business in violation of Section 133 of the New York General Business Law.

72.    The public was, and is continuing to be, likely to be damaged as a result of the deceptive trade practices and acts engaged in by defendants.

73.    These acts of defendants were, and are continuing to be, without the permission, license or consent of plaintiff.

74.    Defendants have been, and are continuing to be, unjustly enriched and plaintiff is entitled to an accounting of defendants' profits, plaintiff's damages and the costs of this Action.

75.    Defendants' foregoing activities have damaged plaintiff in an amount as yet unknown, but such continuing damages are believed to be in excess of $250,000.

## SEVENTH CAUSE OF ACTION FOR COMMON LAW UNFAIR COMPETITION

76.    Plaintiff repeats and re-alleges paragraphs 1-75 hereof, as if fully set forth herein.

77.    This cause of action arises under the New York common law of unfair competition.

78.    Defendants have engaged in a course of unfair competition by marketing and providing its services under the infringing ONE name and by purchasing internet search engine sponsored links using the terms "one" and "restaurant" and "ny" to lead consumers to their restaurant.

79.    Defendants have misappropriated plaintiff's ONE and ONE MANHATTAN service marks.

80.    The acts alleged herein are a specifically oriented predatory business practice undertaken by defendants, the dominant purpose and effect of which was to pass off and palm off defendants' infringing services as related to, provided by or authorized by plaintiff and to confuse consumers as to the source or origin of such services.

81.    The acts of defendants as alleged herein amount to unauthorized interference with the

normal operation of the legitimate business of plaintiff, and of the unauthorized trading off by defendants of the goodwill long established by plaintiff.

82.    Defendants' activities in misappropriating plaintiff's ONE and ONE MANHATTAN service marks have damaged the reputation and goodwill of plaintiff.

83.    Defendants have thereby been unjustly enriched at the expense and to the detriment of plaintiff, in violation of the common law of the State of New York.

84.    Defendants have been unjustly enriched and plaintiff is entitled to an accounting of defendants' profits, plaintiff's damages and the costs of this Action.

85.    Defendants' foregoing activities have damaged plaintiff in an amount as yet unknown, but such continuing damages are believed to be in excess of $250,000.

## JURY DEMAND

86.    Plaintiff hereby demands trial by jury.

**WHEREFORE**, plaintiff demands that:

A.    Defendants, their employees, agents, servants, related companies and all parties in privity with them, or any of them (hereinafter "defendants' related companies"), be enjoined permanently from:

1.    Operating a business under, or otherwise displaying, promoting, advertising, selling or offering for sale services under the ONE name, or any other name confusingly similar to, or likely to be confused with, plaintiff's service mark rights in its ONE MANHATTAN service mark found in the '611 registration;

2.    Injuring plaintiff's business reputation or diluting the distinctive quality of

plaintiff's service mark rights in its ONE and ONE MANHATTAN service marks;

     3.    Infringing, contributorily infringing and/or inducing the infringement of plaintiff's common law trademark and advertising rights by advertising or offering for sale or selling any services under the ONE name, or any other name confusingly similar to, or likely to be confused with, plaintiff's service mark rights in its ONE and ONE MANHATTAN service marks;

     4.    Passing off or otherwise representing to the trade or public in any way that any services offered or provided by defendants emanate from or are related in source or sponsorship to plaintiff; and

     5.    Engaging in deceptive trade practices or acts in the conduct of defendants' business by means of advertising, offering for sale or selling any services under the ONE name, or any other name confusingly similar to, or likely to be confused with, plaintiff's service mark rights in its ONE and ONE MANHATTAN service marks.

B.    Defendants and defendants' related companies be required to deliver up for destruction all items bearing defendants' ONE name.

C.    The domain name www.restaurantoneny.com be forfeited, cancelled or transferred to plaintiff.

D.    Defendants have been unjustly enriched by their acts of trademark infringement, unfair competition, misappropriation, unjust enrichment, palming off, injury to business reputation, state anti-dilution and deceptive trade practices and plaintiff is entitled to an accounting of defendants' profits, plaintiff's damages and the costs of this Action in an amount believed to be in excess of $250,000.

E.    Defendants acts of trademark infringement be found to be "exceptional" and that plaintiff be awarded its attorneys' fees and costs in having to bring and prosecute this Action and

that any trademark damages awarded be trebled under 15 U.S.C. §1117.

      F.      Defendants pay to plaintiff its costs of this Action, and plaintiff's attorneys' fees, as the Court may allow plaintiff.

      G.      Plaintiff be granted such other and further relief as the Court may deem just.

KAPLAN GILMAN GIBSON & DERNIER LLP
Attorneys for Plaintiff
900 Route 9 North, Suite 504
Woodbridge, New Jersey 07095
(732) 634-7634

Dated: March 20, 2008      By: _____
                                  Michael R. Gilman (MG 7608)

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C

one restaurant, irvington, ny - Google Search

Web   Images   Maps   News   Shopping   Gmail   more ▼                                    Sign in

## Google

[one restaurant, irvington, ny          ]  [ Search ]   Advanced Search
                                                        Preferences

**Web**   Maps                    Results **1** - **10** of about **23,200** for **one restaurant**, **irvington**, **ny**. (0.16 seconds)

### Restaurant One, New York                                    Sponsored Links
www.**RestaurantOneNY**.com/     New American Cuisine and Raw Bar, **One** Bridge St., **Irvington, NY** 10533

### Irvington Restaurants
www.**AreaGuides**.net     Directory Listing Of Restaurants In Your Area! Search By Category/Name

### Irvington-on-Hudson Restaurants - Restaurants in Irvington-on ...
**One Restaurant**, serving New American contemporary cuisine, is located at 1 Bridge
Street, **Irvington**, **NY**. **One** is in a high-ceilinged, former warehouse space ...
www.westchester-**restaurant**s.com/htm/lnk/L180C042.html - 28k - Cached - Similar pages

### DINING OUT; A Restaurant Near the River in Irvington - New York Times
Now almost three years old, as the second **restaurant** to occupy this elegantly renovated
warehouse, ... **One** Bridge Street, **Irvington**. (914) 591-2233. ...
query.**ny**times.com/gst/fullpage.html?sec=travel&
res=9803E2D61439F93AA15757C0A9679C8B63 - 81k - Cached - Similar pages

### Has anyone tried One in Irvington, New York? - Tristate Region ...
Has anyone tried **One** in **Irvington**, New York? Has anyone been there? Is it good? Bad?
Whats the atmosphere of the **restaurant**? Thanks! Permalink | Reply ...
www.chowhound.com/topics/360700 - 72k - Cached - Similar pages

### Local business results for one restaurant near Irvington, NY
**A**  Page **One Restaurant** Cabaret - www.page**onerestaurant**.com - (516) 676-2800 - 5 reviews
**B**  China **One Restaurant** - maps.google.com - (718) 239-3232 - 1 review
**C**  Number **One Restaurant** - maps.google.com - (718) 933-8765 - more
**D**  Number **One Restaurant** Inc - maps.google.com - (212) 952-0890 - 8 reviews
**E**  Thirty **One Restaurant** - maps.google.com - (718) 728-8288 - 2 reviews
**F**  Hole In **One Restaurant** - maps.google.com - (212) 319-6072 - more
**G**  China **One Restaurant** - maps.google.com - (718) 649-2121 - more
**H**  **One Twenty One Restaurant & Br** - www.labbb.org - (914) 669-0100 - more

Case 7:08-cv-02970-KMK     Document 1     Filed 03/21/2008     Page 23 of 33



🔴 **I** [Numero **One Restaurant** & Pizza](#) - maps.google.com - (203) 744-7809 - [4 reviews](#)
🔴 **J** [**One** Little West 12](#) - www.**one**lw12.com - (212) 255-9717 - [162 reviews](#)

📍 [More results near **Irvington, NY** »](#)

### [**ONE Restaurant**, New American Cuisine and Raw Bar in **Irvington**, **NY**](#)
**ONE Restaurant** Executive Chef Daniel Magill prepares inventive dishes at this
contemporary **Irvington**, New York, **One Restaurant** specializing in new american **...**
www.**restaurantoneny**.com/ - 3k - Cached - Similar pages

### [Welcome to **Irvington**, **NY** | Chamber of Commerce](#)
NetSoft Solutions **One** Bridge Street, Suite 95 www.netsoftsolutions.com **...** **One One**
Bridge Street www.restaurantoneny.com, **Restaurant Irvington**, NY, 10533 **...**
www.**irvingtonny**chamber.com/member_directory.php - 73k - Cached - Similar pages

### [One Restaurant](#)
OpenTable Home; > New York / Tri-State Area restaurants; > **Restaurant** List; > **One**
information. Make a reservation now:. **One** 1 Bridge Street **Irvington**, **NY ...**
www.opentable.com/rest_profile.aspx?rid=17593 - 36k - Cached - Similar pages

### [**Irvington** Restaurants | **Restaurant** Reviews and Menus | Menuism](#)
Find the best restaurants around **Irvington**, **NY**. **...** This is a **one**-man-show under new
ownership. Abera is obsessed with the quality of t. **...**
www.menuism.com/cities/US/**NY/Irvington** - 100k - Cached - Similar pages

### [**One Irvington** 10533 | Menuism](#)
User reviews, ratings, menu, hours and photos for **One** at 1 Bridge St, a Contemporary
American, OpenTable, and Reservations **restaurant** in **Irvington** 10533.
www.menuism.com/**restaurant**s/cEP73WYoyr3iamaby-Gaa7-**one-irvington-ny** - 51k -
Cached - Similar pages

## One in Irvington, NY - Zvents
**One**. 1 Bridge Street, **Irvington**, **NY** 10533. Located on the banks of the Hudson River in scenic **Irvington**, New York, **One** offers seasonally inspired New **...**
www.zvents.com/**irvington**-**ny**/venues/show/472272-**one** - 28k - Cached - Similar pages

## Insider Pages - **Restaurant** Reviews, Beauty Salons, Dentists **...**
Restaurants. Restaurants in **Irvington**, **NY** · Lenas **Restaurant**. 5 Star Rating - World class (1). Rancho Toro Loco R... 5 Star Rating - World class (1) **...**
www.insiderpages.com/**NY**/**Irvington** - 40k - Cached - Similar pages

**1** 2 3 4 5 6 7 8 9 10    **Next**

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Maps   News   Shopping   Gmail   more ▼

Sign in

## Google

[ one restaurants, ny ]   Search   Advanced Search
Preferences

**Web**   Maps

Results **1** - **10** of about **1,540,000** for **one restaurants, ny**. (0.24 seconds)

**Restaurant One, New York**
www.**RestaurantOneNY**.com/      New American Cuisine and Raw Bar, **One** Bridge St., Irvington, **NY** 10533

Sponsored Link

Sponsored Links

**One** Little West 12 - NYC **Restaurant** & Menu Guide. Menus, Ratings ...

Menus for over 4500 New York City, **NY restaurants** in two convenient formats…**one** menu
for printing and **one** menu for viewing on-screen.
  Map of 1 Little West 12th St, New York, NY 10014
www.menupages.com/restaurantdetails.asp?areaid=0&
neighborhoodid=0&cuisineid=64&restaurantid=5153 - 67k - Cached - Similar pages

**21 Club, New York City Restaurant, NYC, in Midtown Manhattan, one ...**

New York City's best **Restaurant**, once a speakeasy now the place to seen, serving fine
American cuisine in our famous Bar Room, our new romantic Upstairs at ...
www.21club.com/ - 38k - Cached - Similar pages

**Where to Eat in 2006 -- Top 101 New York Restaurants -- New York ...**

Adam Platt of New York Magazine rates the 101 top **restaurants** in New York City.
**ny**mag.com/**restaurants**/wheretoeat/2006/ - 34k - Cached - Similar pages

**Local business results for one restaurants near New York, NY**

| | | |
|---|---|---|
| A | Number **One** Restaurant Inc - maps.google.com - (212) 952-0890 - 8 reviews |
| B | Hole In **One** Restaurant - maps.google.com - (212) 319-6072 - more |
| C | **One** Little West 12 - www.**one**lw12.com - (212) 255-9717 - 162 reviews |
| D | Thirty **One** Restaurant - maps.google.com - (718) 728-8288 - 2 reviews |
| E | China **One** Restaurant - maps.google.com - (718) 649-2121 - more |
| F | Core **One** Nine **One** - www.core191.com - (212) 228-9888 - 36 reviews |
| G | **One** If By Land Two If By Sea - www.**one**ifbyland.com - (212) 255-8649 - 324 reviews |
| H | China **One** Restaurant - maps.google.com - (718) 239-3232 - 1 review |
| I | **One** & **One** - **ny**mag.com - (212) 260-9950 - 6 reviews |
| J | **One** Fish Two Fish **Restaurant** - www.**one**fishtwofish.com - (212) 369-5677 - 43 reviews |

**New York Restaurants**
Read Local review on Restaurants
& Dining on Citysearch. Try it now
newyork.CitySearch.com
New York, NY

**Zagat New York**
Get the Latest Ratings & Reviews in
the 2008 Zagat **Restaurant** Guide!
www.zagat.com
New York

Case 7:08-cv-02970-KMK     Document 1     Filed 03/21/2008     Page 26 of 33



📍 More results near **New York, NY »**

### New York **Restaurants** and Food - NYC Dining - New York Magazine

A weekly guide to the New York **restaurant** scene -- from **restaurant** ... while at least **one** dude stripped off his shirt and sang "We Are the Champions. **...**
ny**mag**.com/**restaurants**/ - 152k - Cached - Similar pages

### ONE Restaurant, New American Cuisine and Raw Bar in Irvington, NY

**ONE Restaurant** Executive Chef Daniel Magill prepares inventive dishes at this contemporary Irvington, New York, **One Restaurant** specializing in new american **...**
www.restaurant**oneny**.com/ - 3k - Cached - Similar pages

### The Palm - NYC **One Restaurant**

Powered By OpenTable: **Restaurant** Reservations. Right this way. **Restaurant** Reservations: **...** The Palm - NYC **One** 837 Second Avenue New York, **NY** 10017 **...**
www.opentable.com/rest_profile.aspx?rid=13369 - 35k - Cached - Similar pages

### READIO® New York City **Restaurants** NYC **Restaurants** Lists New York **...**

COM New York City **Restaurants** NYC **Restaurants** Reviews New York **Restaurant** Guide Landmark, **...** **One** if by Land, Two if by Sea **Restaurant**, The Tribeca Grill **...**
www.readio.com/**restaurants**/newyork**restaurants**1.html - 35k - Cached - Similar pages

### Primitivo Osteria Italian **Restaurant** NYC - New York, **NY**, 10011 **...**

Primitivo Osteria Italian **Restaurant** NYC. 202 West 14th St New York, **NY** 10011 **...** Primitivo Osteria is **one** of the most romantic Italian **Restaurants** in NYC. **...**
newyork.citysearch.com/profile/39930480?landing=1& brand=synd_flightview&query=restaurant - 84k - Cached - Similar pages

## Famous **Restaurants**, NYC
New York City is home to some of the world's most famous **restaurants**. No visit would be complete without dinner at **one** of these establishments. **...**
www.**ny**.com/dining/famous.html - 9k - Cached - Similar pages

## New York City Travel Guide - Hotels, **Restaurants**, Sightseeing in **...**
**One** Borough, Many Flags. By SETH KUGEL. December 09, 2007. Queens is starting to draw visitors from Manhattan and out-of-town for its ethnic **restaurants**, **...**
travel.**ny**times.com/travel/guides/north-america/united-states/new-york/new-york-city/overview.html - Similar pages

**1** 2 3 4 5 6 7 8 9 10    **Next**

---

one restaurants, ny      Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web  Images  Maps  News  Shopping  Gmail  more ▼

Sign in

**Google**

restaurant one, ny    [ Search ]  Advanced Search
Preferences

**Web**  Maps        Results **1** - **10** of about **4,250,000** for **restaurant one, ny**. (0.26 seconds)

**Restaurant One, New York**        Sponsored Link
www.**RestaurantOneNY**.com/    New American Cuisine and Raw Bar, **One** Bridge St., Irvington, **NY** 10533

Local business results for **restaurant one** near **New York, NY**



A **One** If By Land Two If By Sea - www.**one**ifbyland.com - (212) 255-8649 - 324 reviews

B Per SE **Restaurant** - www.frenchlaundry.com - (212) 823-9335 - 170 reviews

C **One** Fish Two Fish **Restaurant** - www.**one**fishtwofish.com - (212) 369-5677 - 43 reviews

D **One** Little West 12 - www.**one**lw12.com - (212) 255-9717 - 162 reviews

E **One** 83 **Restaurant** Inc - www.uppereast.com - (212) 327-4700 - 20 reviews

F Core **One** Nine **One** - www.core191.com - (212) 228-9888 - 36 reviews

G Number **One Restaurant** Inc - maps.google.com - (212) 952-0890 - 8 reviews

H **One** & **One** - **ny**mag.com - (212) 260-9950 - 6 reviews

I Forty-**One** Greenwich AV - 41greenwich.com - (212) 255-3606 - 16 reviews

J **One** Chinatown **Restaurant** - maps.google.com - (212) 406-1944 - 1 review

📍 More results near **New York, NY** »

**One** Little West 12 - NYC **Restaurant** & Menu Guide. Menus, Ratings ...
The Ultimate NYC **Restaurant** and Menu Guide including Ratings, Reviews, Maps & more.
Menus for over 4500 New York City, **NY** restaurants in two convenient ...
  Map of 1 Little West 12th St, New York, NY 10014
www.menupages.com/**restaurant**details.asp?areaid=0&
neighborhoodid=0&cuisineid=64&**restaurant**id=5153 - 67k - Cached - Similar pages

**New York Restaurants and Food - NYC Dining - New York Magazine**
Schnäck, the Red Hook hamburger-and-hot-dog mecca that was **one** of our favorite
additions to the Brooklyn **restaurant** scene — nay, to American vernacular ...
**ny**mag.com/**restaurant**s/ - 153k - Cached - Similar pages

**Where to Eat in 2006 -- Top 101 New York Restaurants -- New York ...**
Find a **Restaurant** · Recipes · Openings & Buzz · Grub Street · New Reviews ... Find a Bar ·

Bar Buzz · Music Reviews · Best of **NY** Nightlife · Party Lines **...**
**ny**mag.com/**restaurant**s/wheretoeat/2006/ - 34k - Cached - Similar pages
More results from nymag.com »

### 21 Club, New York City **Restaurant**, NYC, in Midtown Manhattan, **one ...**
New York City's best **Restaurant**, once a speakeasy now the place to seen, serving fine
American cuisine in our famous Bar Room, our new romantic Upstairs at **...**
www.21club.com/ - 38k - Cached - Similar pages

### BBQ ~ Authentic Smokehouse Bar-B-Q **Restaurant ~ One**-Eyed Jacks **...**
Located in Lockport, **NY** our **restaurant** is **one** of only a few true BBQ joints in all of WNY.
Our Bar-B-Q is cooked without sauce, we use dry-rub seasonings or **...**
**one**eyedjacksbbq.com/ - 15k - Cached - Similar pages

### ONE Restaurant, New American Cuisine and Raw Bar in Irvington, **NY**
**ONE Restaurant** Executive Chef Daniel Magill prepares inventive dishes at this
contemporary Irvington, New York, **One Restaurant** specializing in new american **...**
www.**restaurantoneny**.com/ - 3k - Cached - Similar pages

### Eater : The New York City **Restaurant**, Bar, and Nightlife Blog
Know about a **restaurant** opening or closing in your neighborhood, or other NYC
**restaurant** gossip? Do let us know. Eater Search. **Restaurant** Search. Select **one ...**
eater.com/ - 64k - Cached - Similar pages

### ENN: First 100% organic, 'green' **restaurant** opens in NYC
Gusto is certified as a "Green **Restaurant**" by the Boston-based Green **Restaurant**
Associations (GRA), **one** of only a handful of New York City restaurants to **...**
www.enn.com/business/article/29946 - 18k - Cached - Similar pages

### Nha Trang **One** - NYC, **NY**, 10013 - Citysearch
Nha Trang **One**. Vietnamese cuisine in the heart of Chinatown for over 15 years! **...** We
stumbled up on this **restaurant** during a weekend trip to **NY**. **...**
newyork.citysearch.com/profile/45674381/**nyc_ny**/nha_trang_**one**.html - 69k -
Cached - Similar pages

### First **NY** Times **restaurant** review, circa 1859? (kottke.org)
First **NY** Times **restaurant** review, circa 1859? **....** The entire article is well worth the
read...**one** of the most interesting things I've found online in **...**
www.kottke.org/07/09/first-**ny**-times-**restaurant**-review-circa-1859 - 18k -
Cached - Similar pages

**1** 2 3 4 5 6 7 8 9 10        **Next**

---

| restaurant one, ny | | Search |

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Maps   News   Shopping   Gmail   more ▼                                      Sign in

**Google**

[restaurant one, irvington, ny]   Search      Advanced Search
                                              Preferences

**Web**   Maps                          Results **1** - **10** of about **23,200** for **restaurant one**, **irvington**, **ny**. (0.19 seconds)

**Restaurant One**, New York                         Sponsored Link          Sponsored Links
www.**RestaurantOneNY**.com/   New American Cuisine and Raw Bar, **One** Bridge St., **Irvington**, **NY** 10533

**Irvington** Restaurants
Directory Listing Of Restaurants In
Your Area! Search By Category/Name
www.AreaGuides.net

**DINING OUT; A Restaurant Near the River in Irvington - New York Times**

Now almost three years old, as the second **restaurant** to occupy this elegantly renovated
warehouse, ... **One** Bridge Street, **Irvington**. (914) 591-2233. **...**
query.**ny**times.com/gst/fullpage.html?sec=travel&
res=9803E2D61439F93AA15757C0A9679C8B63 - 81k - Cached - Similar pages

**Has anyone tried One in Irvington, New York? - Tristate Region ...**

Has anyone tried **One** in **Irvington**, New York? Has anyone been there? Is it good? Bad?
Whats the atmosphere of the **restaurant**? Thanks! Permalink | Reply **...**
www.chowhound.com/topics/360700 - 72k - Cached - Similar pages

**Irvington-on-Hudson Restaurants - Restaurants in Irvington-on ...**

**One Restaurant**, serving New American contemporary cuisine, is located at 1 Bridge
Street, **Irvington**, **NY**. **One** is in a high-ceilinged, former warehouse space **...**
www.westchester-**restaurant**s.com/htm/lnk/L180C042.html - 28k - Cached - Similar pages

**Local business results for restaurant one near Irvington, NY**

A   **One If By Land Two If By Sea** - www.**one**ifbyland.com - (212) 255-8649 - 324 reviews
B   **Per SE Restaurant** - www.frenchlaundry.com - (212) 823-9335 - 170 reviews
C   **One Fish Two Fish Restaurant** - www.**one**fishtwofish.com - (212) 369-5677 - 43 reviews
D   **One Little West 12** - www.**one**lw12.com - (212) 255-9717 - 162 reviews
E   **One 83 Restaurant Inc** - www.uppereast.com - (212) 327-4700 - 20 reviews
F   **Page One Restaurant Cabaret** - www.page**onerestaurant**.com - (516) 676-2800 - 5 reviews
G   **Number One Chinese Restaurant** - maps.google.com - (914) 476-0237 - more
H   **One Stop Store & Deli** - maps.google.com - (914) 631-2508 - more
I   **Closter Number One Chinese Restaurant** - maps.google.com - (201) 750-0400 - more
J   **Crab Shanty One** - www.originalcrabshanty.com - (718) 885-1810 - 3 reviews



More results near **Irvington, NY »**

### ONE Restaurant, New American Cuisine and Raw Bar in **Irvington**, **NY**

**ONE Restaurant** Executive Chef Daniel Magill prepares inventive dishes at this contemporary **Irvington**, New York, **One Restaurant** specializing in new american **...**
www.**restaurantoneny**.com/ - 3k - Cached - Similar pages

### Fuffi of **Irvington Restaurant Irvington NY** Reviews Gayot

Hidden on a sleepy **Irvington** street corner near a handful of very capable **...** In the end Fuffi is the guilty pleasure of restaurants, the **one** you are afraid **...**
　Map of 12 N Astor St, Irvington, NY 10533
www.gayot.com/**restaurant**pages/info.php?tag=WERES050507&code=WE - 48k -
Cached - Similar pages

### Insider Pages - **Restaurant** Reviews, Beauty Salons, Dentists **...**

Restaurants. Restaurants in **Irvington**, **NY** · Lenas **Restaurant**. 5 Star Rating - World class (1). Rancho Toro Loco R... 5 Star Rating - World class (1) **...**
www.insiderpages.com/**NY**/**Irvington** - 40k - Cached - Similar pages

### **One Irvington** 10533 | Menuism

User reviews, ratings, menu, hours and photos for **One** at 1 Bridge St, a Contemporary American, OpenTable, and Reservations **restaurant** in **Irvington** 10533.
www.menuism.com/**restaurant**s/cEP73WYoyr3iamaby-Gaa7-**one**-**irvington**-**ny** - 51k -
Cached - Similar pages

### **Irvington** Restaurants | **Restaurant** Reviews and Menus | Menuism

Find the best restaurants around **Irvington**, **NY**. **...** This is a **one**-man-show under new ownership. Abera is obsessed with the quality of t. **...**

www.menuism.com/cities/US/**NY/Irvington** - 100k - Cached - Similar pages

### Welcome to **Irvington**, **NY** | Chamber of Commerce

NetSoft Solutions **One** Bridge Street, Suite 95 www.netsoftsolutions.com ... **One One**
Bridge Street www.restaurantoneny.com, **Restaurant Irvington**, **NY**, 10533 ...
www.**irvingtonny**chamber.com/member_directory.php - 73k - Cached - Similar pages

### **One** in **Irvington**, **NY** - Zvents

**One**. 1 Bridge Street, **Irvington**, **NY** 10533. Located on the banks of the Hudson River in
scenic **Irvington**, New York, **One** offers seasonally inspired New ...
www.zvents.com/**irvington**-**ny**/venues/show/472272-**one** - 28k - Cached - Similar pages

**1** 2 3 4 5 6 7 8 9 10     **Next**

restaurant one, irvington, ny     Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google