UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEC II, LLC,<br>**Plaintiff**<br><br>-v-<br><br>Hudson River Restaurant Group, LLC<br>and John and/or Jane Does 1-5<br><br>**Defendants** | Case No. 1:08-cv-02970-DAB<br><br>ECF CASE<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff JEC II, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

No such entities exist.

Date: March 20, 2008

Signature of Attorney
Michael R. Gilman
**Attorney Bar Code:** MG 7608

Form Rule7_1.pdf