JEC II, LLC, et. al., Plaintiff(s)
vs.
Hudson River Restaurant Group, LLC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 089026-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hudson River Restaurant Group, LLC
Court Case No. 08-cv-02970

KAPLAN, GILMAN, ET AL
Ms. Jamie Aronson
900 Route 9 North
Woodbridge, NJ 07095

State of: New York ) ss.
County of: Westchester )

Name of Server: **Gina Perriello**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **10** day of **April**, 20 **08**, at **1:18** o'clock **P** M

Place of Service: at **One Bridge Street**, in **Irvington, NY 10533**

Documents Served: the undersigned served the documents described as:
Complaint; Summons in a Civil Case; Civil Cover Sheet;
Rule 7.1 Statement; Individual Practices of Judge Deborah A Batts;
3rd Amended Instructions for Filing an Electronic Case or Appeal;
Guideline for Electronic Case Filing; Procedures for Electronic Case Filing;

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Hudson River Restaurant Group, LLC

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Tim Galvin, Owner**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Blonde**; Facial Hair **n**
Approx. Age **42**; Approx. Height **5'10"**; Approx. Weight **135**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **15** day of **April**, 20 **08**

Notary Public    (Commission Expires)

APS International, Ltd.

ELLEN EAKLEY
Notary Public, State of New York
No. 01EA6085889
Qualified in Westchester County
Commission Expires Sept. 29, **2009**