UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

JEC II, LLC,

                               Plaintiff,           **APPEARANCE**

            -against-

HUDSON RIVER RESTAURANT GROUP, LLC and
JOHN and/or JANE DOES 1-5,            Docket No.
                               Defendants.     01:08-CV-02970 (DAB)

------------------------------------------------------------------------ X

To the Clerk of this Court and all parties of record:

      Enter my appearance as counsel in this case for Defendant Hudson River Restaurant Group, LLC.

      I certify that I am admitted to practice in this Court.

Dated:   New York, New York
           May 9, 2008

                                 GILBRIDE, TUSA, LAST & SPELLANE LLC

                                 By:   */s/ Bennett H. Last*
                                    Bennett H. Last (BL7607)
                                 Attorneys for Defendant, Hudson River
                                  Restaurant Group, LLC
                                 708 Third Avenue, 26th Floor
                                 New York, New York 10017
                                 (212) 692-9666   *[Telephone]*
                                 (212) 661-6328   *[Facsimile]*
                                 bhl@gtlsny.com  *[Email]*