

| | | |
|---|---|---|
| FRANK J. GILBRIDE II<br>CHARLES S. TUSA<br>BENNETT H. LAST*<br>THOMAS P. SPELLANE<br>JOHN P. TESEI, P.C.**<br>ERIC H. SELTZER<br>FREDERIC P. RICKLES†<br>KENNETH M. GAMMILL, JR<br>JONATHAN M. WELLS<br>LINCOLN W. BRIGGS†† | **GILBRIDE, TUSA, LAST & SPELLANE LLC**<br>ATTORNEYS AT LAW<br>708 THIRD AVENUE<br>26TH FLOOR<br>NEW YORK, NEW YORK 10017 | COUNSEL<br>ROBERT N. LITTMAN<br>SHEILA ANNMARIE MOELLER*<br><br>31 BROOKSIDE DRIVE<br>P.O. BOX 658<br>GREENWICH, CONNECTICUT 06836<br>(203) 622-9360<br>FACSIMILE (203) 622-9392 |
| THEODORE L. SANDLER+++<br>SAL MELI****<br>CHRISTOPHER D. BRISTOL**<br>DOROTHY MATTHEWS FREEBURG<br>ASHLEY VAN VALKENBURGH<br>ELIZABETH W. RIGSBEE | (212) 692-9666<br>FACSIMILE (212) 661-6328 | |

* ADMITTED IN NEW YORK ONLY
** ADMITTED IN CONNECTICUT ONLY
*** ADMITTED IN NEW YORK AND WISCONSIN ONLY
**** ADMITTED IN NEW YORK, NEW JERSEY AND FLORIDA ONLY
+ ALSO ADMITTED IN NEW JERSEY AND VIRGINIA
++ ALSO ADMITTED IN FLORIDA
+++ ALSO ADMITTED IN MASSACHUSETTS



May 9, 2008

**BY FEDERAL EXPRESS**

The Honorable Deborah A. Batts
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

        Re:    *JEC II, LLC v. Hudson River Restaurant Group, LLC*
              Docket No. 08-cv-02970 (DAB)

Dear Judge Batts:

        We are counsel to defendant, Hudson River Restaurant Group, LLC ("Defendant"), in the above-referenced action. This letter is written to respectfully request an extension of time for Defendant to answer, move or otherwise plead in this action.

        Defendant's answer to the complaint was due on April 30, 2008. Request is made for an extension of time until May 30, 2008. Plaintiff's counsel has consented to this request, and this is Defendant's first request for an extension of time in this matter.

*[handwritten: GRANTED /DAB/]*

                            Respectfully submitted,

                            Bennett H. Last

BHL/sm

cc: Michael R. Gilman, Esq. (by email-mgilman@kggd.com)

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

May 13, 2008