UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEC II, LLC,<br><br>    Plaintiff,<br><br>-v-<br><br>HUDSON RIVER RESTAURANT GROUP,<br>LLC and JOHN and/or JANE DOES 1-5,<br><br>    Defendant. | Case No. 08-CV-02970 (DAB)<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Defendant, Hudson River Restaurant Group, LLC,     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** May 30, 2008

*[Signature]*
**Signature of Attorney**

**Attorney Bar Code:** BL-7607

Form Rule7_1.pdf   SDNY Web 10/2007