United States District Court
Southern District of New York
--------------------------------------X
JEC II, LLC.,

                    Plaintiff,

          -against-                              08 Civ. 2970 (DAB)
                                                       ORDER

HUDSON RIVER RESTAURANT GROUP, LLC.,

                    Defendant.
--------------------------------------X
DEBORAH A. BATTS, United States District Judge.

     The Court's practice is to have the issues joined as to all

parties prior to scheduling a conference pursuant to Rule 16 of

the Federal Rules of Civil Procedure.  Within ten days of the

date of this Order, Plaintiff shall in writing inform the Court

of what efforts he is making to identify Defendants John and Jane

Doe ##1-5.

SO ORDERED.

Dated:    New York, New York
          June 2, 2008

                                        Deborah A. Batts
                                 United States District Judge