USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jly 3, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JEC II, LLC,

                Plaintiff,

v.

HUDSON RIVER RESTAURANT GROUP, LLC

                Defendant.
------------------------------------X

Civil Action No. 1:08-cv-02970 (DAB)
ECF CASE

## MOTION TO FILE AMENDED COMPLAINT – ON CONSENT

      Plaintiff herein moves pursuant to Rule 15(a), Federal Rules of Civil Procedure, and pursuant to the Court's Memo Endorsed Letter of June 24, 2008, and after defendant Hudson River Restaurant Group's answer has been filed, to amend its Complaint to remove the John and Jane Doe defendants from the action, without prejudice to plaintiff's ability to later re-amend the complaint after some discovery to assert claims against individuals plaintiff believes were the knowing, moving, active, conscious force(s) responsible for plaintiff's infringing activities.

      Plaintiff's below signed counsel has received the consent of defendant's counsel, Bennett Last, Esq., to file its amended complaint.

A copy of the proposed First Amended Complaint is attached hereto as Exhibit A.

Respectfully submitted,

KAPLAN GILMAN GIBSON & DERNIER LLP
Attorneys for Plaintiff
900 Route 9 North, Ste 504
Woodbridge, NJ 07095
(732) 634-7634

_____
Michael R. Gilman (MG 7608)

SO ORDERED, this __3__ day of __July__, 2008.

_____
Judge Deborah A. Batts
United States District Judge