```
United States District Court
Southern District of New York
------------------------------------X
JEC II, LLC.,
                          Plaintiff,

            -against-                        08 Civ. 2970 (DAB)
                                             ORDER
HUDSON RIVER RESTAURANT GROUP, LLC.,

                          Defendant.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

    The Complaint in the above captioned matter arises out of an alleged trademark violation and unfair competition by Defendant, operating a restaurant in Irvington, New York. (Am. Compl. at ¶ 5.)

    Local Civil Rule 21 provides, in pertinent part, that a civil case shall be designated for assignment to the White Plains courthouse if: "[t]he claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan and Westchester (the 'Northern Counties') and at least one of the parties resides in the Northern Counties. . . ." Local Civil Rule 21(a)(i). Since the Amended Complaint states in the claim arose in Irvington, New York, and since at least one of the Parties (Defendant) resides in that location, this matter ought to be designated for assignment to White Plains. Accordingly, the Clerk of Court is directed to transfer this case to the White Plains courthouse.

    SO ORDERED.

Dated:    New York, New York
            July 25, 2008

                                              Deborah A. Batts
                                        United States District Judge