United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
------------------------------------X
JEC II, LLC.
                                                NOTICE OF REASSIGNMENT

                -v-
                                                7:08 CV 2970 (KMK) (GAY)

HUDSON RIVER RESTAURANT GROUP, LLC

------------------------------------X
```

    Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

        JUDGE: KENNETH M. KARAS

    All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

Dated: 07/30/2008

                            J. Michael McMahon, CLERK
                        by: _____
                            JOHNNY MARTINEZ - Deputy Clerk

CC:   Attorneys of Record

CASE REDESIGNATED TO: George A. Yanthis

i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

Revised: September 9, 2004